UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:25-cv-02880-KK-SSC                Date: March 4, 2026

Title      Hien Quang Vo v. Mark Bowen, et al.


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


Teagan Snyder                              n/a
Deputy Clerk                      Court Reporter / Recorder


Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                              None Present


**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why the Action Should Not be Dismissed as Moot**

Petitioner filed this *habeas* petition seeking release from Immigration and Customs Enforcement (ICE) detention, among other forms of relief.  (ECF 1.)  Petitioner moved for a temporary restraining order, which the District Judge granted on November 12, 2026.  (ECF 5; ECF 10.)  Respondents were ordered to immediately release Petitioner from their custody and were enjoined from removing him to a third country without notice or the opportunity to challenge the removal. (ECF 10 at 10.)

Petitioner purports in his January 16, 2026 reply that he was subsequently re-detained on January 5, 2026, and was in ICE custody as of the date the reply was filed.  (ECF 18.)  A search of Petitioner's A-Number (042-626-723) and country of birth (Vietnam) in the ICE detainee locator returns no results.  *See Online Detainee Locator System,* https://locator.ice.gov/odls/#/search (last visited February 26,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-02880-KK-SSC                    Date: March 4, 2026

Title      Hien Quang Vo v. Mark Bowen, et al.

2026).  Because Respondent requested travel documents for Petitioner on September 26, 2025 (ECF 18 at 7), it is possible that Petitioner has been removed from the United States, rendering the petition moot. Absent confirmation by the parties, however, the Court has no way of verifying Petitioner's current location, including whether he has been removed.

Petitioner is ORDERED TO SHOW CAUSE why this case should not be dismissed as moot.  Petitioner shall respond in writing by **March 9, 2026.**

Petitioner is cautioned that failure to file a timely response will result in this Court recommending denial of this petition and dismissal of this action for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |